UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Tyrelle Motray Henderson Jr. #00367825

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

See Exhibits A-E Attached

v.

"Christopher Becker," "Erykah Ross," "Jane Doe", Jeffrey Oostdyk, Noah Farrant, Darin Rietman, Daniel J. O'Hara

**FILED - GR**
July 28, 2025 2:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: jm /7/29

**1:25-cv-838**
Hala Jarbou- U.S. District Judge
Ray Kent- U.S Magistrate

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑   No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   U.S. District Court of Illinois' Northern District

2. Is the action still pending?   Yes ☐   No ☑
   a. If your answer was no, state precisely how the action was resolved: Dismissed For Failure To Prosecute

3. Did you appeal the decision?   Yes ☐   No ☑
4. Is the appeal still pending?   Yes ☐   No ☑
   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☑
   a. If so, explain: _____

(W.D. Mich. Form – Last Revised: September 2021)

(See Attached)

I. Previous Lawsuits:

1. U.S. District Court of Illinois Northern District
2. No - 2a. Possibly Dismissed (Homeless)
3. No
4. No
5. No

1. U.S. District Court of Kentucky Western District
2. No - 2a. Dismissed (was Not Aware, was Still Detained In same Jail)
3. No
4. No
5. No

1. U.S. District Court of Illinois Northern District
2. No - 2a. Possibly Dismissed (Homeless)
3. No
4. No
5. No

1. U.S. District Court of Michigan Western District
2. No - 2a. Dismissed Without Prejudice
3. No
4. No
5. No

1. U.S. District Court of Illinois Northern District
2. No - 2a. Possibly Dismissed (Homeless)
3. No
4. No
5. No

1. U.S. District Court of Michigan Western District
2. Yes
3. No
4. No
5. No

1. U.S. District Court of Illinois Northern District
2. No - 2a. Possibly Dismissed (Homeless)
3. No
4. No
5. No

1. U.S. District Court of Michigan Western District
2. No - 2a. Dismissed With Prejudice
3. No
4. No
5. Similar Defendant(s) (Not All), Different Facts.

(See Attached)

I. Previous Lawsuits:

1. U.S. District Court of Michigan Western District
2. Yes
3. No
4. No
5. No

1. 17th Circuit Court of Kent County
2. Yes
3. No
4. No
5. No

1. U.S. District Court of Michigan Western District
2. No - 2a. Dismissed Without Prejudice To Refile
3. No
4. No
5. No

1. 17th Circuit Court of Kent County
2. Yes
3. No
4. No
5. No

1. 17th Circuit Court of Kent County
2. No - 2a. Voluntary Dismissal
3. No
4. No
5. No

1. 17th Circuit Court of Kent County
2. Yes
3. No
4. No
5. No

## Actual Injury Requirement

\* This Honorable Court Is Informed That I Intend To Bring An Access To The Courts Claim Regarding Dismissals of 1:24-cv-01026 And 1:24-cv-01028

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Tyrelle M. Henderson Jr.**

Place of Present Confinement **Kent County Correctional Facility**

Address **703 Ball Avenue N.E., Grand Rapids, MI, 49503**

Place of Confinement During Events Described in Complaint **City of Grandville/Kent County Jail**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Jeffrey Oostdyk**
Position or Title **Sergeant/Detective**
Place of Employment **Grandville Police Department**
Address **3181 Wilson Avenue S.W., Grandville, MI, 49418**
Official and/or personal capacity? **Personal**

Name of Defendant #2 **Noah Farrant**
Position or Title **Deputy Police officer**
Place of Employment **Grandville Police Department**
Address **3181 Wilson Avenue S.W., Grandville, MI, 49418**
Official and/or personal capacity? **Personal**

Name of Defendant #3 **Darin Rietman**
Position or Title **Sergeant or Lieutenant**
Place of Employment **Grandville Police Department**
Address **3181 Wilson Avenue S.W., Grandville, MI, 49418**
Official and/or personal capacity? **Personal**

Name of Defendant #4 **Daniel J. O'Hara**
Position or Title **Assistant Prosecuting Attorney**
Place of Employment **Kent County Prosecutor's Office**
Address **82 Ionia N.W., Ste. 450, Grand Rapids, MI, 49503**
Official and/or personal capacity? **Personal**

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

- 3 -    (W.D. Mich. Form – Last Revised: September 2021)

(See Attached pg. 3)

II. **Parties**

   A. Plaintiff(s)

   Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

   Name of Plaintiff **Tyrelle Motray Henderson Jr. #00367825**

   Place of Present Confinement **Kent County Correctional Facility**

   Address **703 Ball Avenue N.E., Grand Rapids, MI 49503**

   Place of Confinement During Events Described in Complaint **Kent County Correctional Facility**

   B. Defendant(s)

   Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

   Name of Defendant #1 **"Christopher Becker"**
   Position or Title **Prosecuting Attorney**
   Place of Employment **Kent County Prosecutor(s) Office**
   Address **82 Ionia N.W., Ste. #450, Grand Rapids, MI, 49503**
   Official and/or personal capacity? **Personal**

   Name of Defendant #2 **"Erykah Ross"**
   Position or Title **Assistant Prosecuting Attorney**
   Place of Employment **Kent County Prosecutor(s) Office**
   Address **82 Ionia N.W., Ste. #450, Grand Rapids, MI, 49503**
   Official and/or personal capacity? **Personal**

   Name of Defendant #3 **"Jane Doe"**
   Position or Title **Assistant Prosecuting Attorney**
   Place of Employment **Kent County Prosecutor(s) Office**
   Address **82 Ionia N.W., Ste. #450, Grand Rapids, MI, 49503**
   Official and/or personal capacity? **Personal**

   Name of Defendant #4 _____
   Position or Title _____
   Place of Employment _____
   Address _____
   Official and/or personal capacity? _____

   Name of Defendant #5 _____
   Position or Title _____
   Place of Employment _____
   Address _____
   Official and/or personal capacity? _____

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

(Pg. 4 Is On The Back of Pg. 3

Which Ever Is Proper

\* Brought Under Title 42 § 1981, § 1983, § 1985, § 1986, § 1987, § 1988, And § 1992

### III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

In The State Of Michigan, County Of Kent, On The Date(s) And At The Location(s) Described, Contrary To Law:

Claims #1) On or About July 1st, 8th, & 16th of 2024, October 8th, 2024, December 10th, 2024, February 10th, March 11, And May 12th, 2025, "Christopher Becker", "Ross", And "Jane Doe" Acted Under Color Of State Law Violating My First, Fourth, Fifth, Sixth, And Fourteenth Amendment Rights And Article 1 § 2, 3, 5, 9, 11, 16, 17, And 20 of The Michigan Constitution. "Ross" Sent "Danielle Dawson" To Present Me The Offer Of Pleaing Guilty To Count One Of Uttering & Publishing In Exchange For The Dismissal Of Count Two Resisting & Obstructing, In Which Also Consisted Of Me Waiving My Preliminary Examination. After I Declined This Offer I Was Already Scheduled July 8th, 2024 For My Preliminary Examination. "Ross" Sent "Kevin Peterson" Who Was My Assigned Attorney At The Time To Present The Same Plea Offer, In Which I Declined Again. After "Kevin" Informed "Ross" That I Wanted Persue With Having The Examination, She Told "Kevin" To Inform Me That If I Did Not Waive My Rights To Have The Examination And Accept The Plea Offer That She Will Add More Counts Of Uttering & Publishing. After The Examination The Resisting & Obstructing Resulted In A No Probable Cause Determination, And The Uttering & Publishing Count Was Binded Over. On July 16th, 2024 "Christopher Becker" Amended The Information Felony And Filed It With A Proof Service Containing A Habitual Offender Notice To Seek A Enhanced Sentence. When I Signed The Preliminary Examination Conference Forms The Habitual Offender Boxes Were Not Wrote On, Nor Is One Of Them Signed By A Prosecuting Official. On Each Of My Court Appearances Since Being Binded Over Assistant Prosecutor "Jane Doe" And/Or "Christopher Becker" Has Offered Me Plea Offers By

- 4 -        (W.D. Mich. Form – Last Revised: September 2021)

(See Attached)
Pg. 4

## III. Statement of Claim:

Informing My At The Time Attorney's (Peterson), (Lesley Kranenberg) And (Jane Doe) on order of (Peterson) That If I Did Not Take The Plea offer That I Will Recieve Enhanced Sentences On (3) Counts of Uttering & Publishing. The Plea Offers Persisted Dispite Me Informing "Peterson" To Inform "Chris Becker" And Jane Doe The Attacks To My Person, Imminent Danger of Injury I'm Under, My Priors Being Disproportianate To The Current Charge, And M.C.L. 750.253 & 768.11 Prohibits Enhancement. The Habitual Offender statute Has Been Used Against Me For Exercising My Right To Have Preliminary Examination, Meaning It Is Flagrantly Being Used As A Tatic A Trial, Which Has Been Delayed Again until 10/6/25. Said Acts Have Caused Me To Become A Mentally And Emotionally Distress Person, Defamed My Character To Other's And To Judge "Noto" Who Has Kept My Bail Excessive, And Kept Me Detained Violating My Right To A Speedy Trial, Which Has Proceeded Pass 1 Year Which Is Time I Can't Get Back And Subject To Multiple Physical/Personal Injuries (Prosecutorial Vindictiveness) (Located At The 59th District Courthouse, And The 17th Circuit Courthouse).

(Claims Continue Next Page)

### Claims Alleged

(Harassment, Civil Conspiracy, Fraudulent Misrepresentation, Abuse of Process, False Imprisonment, Professional Negligence, Deliberate & Extreme Indifference, Procedural Due Process, Retaliation, Intentional Infliction of Emotional Distress, Vindictive Prosecution, Malicious Prosecution)

### Filing Notice

**\*\*\*** This Complaint Is Being Brought Under Title 42 U.S.C. § 1981, § 1983, § 1985, § 1986, § 1987, § 1988, And § 1992. (Which Ever Is Proper)

### Exhaustion

**\*\*\*** Ineffective Assistance Claims Exist On The Record As Well As Motions To Dismiss And For Recognizance Release.

-4-    (See Attached Pg 4)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

In The State of Michigan, County of Kent, On Or About June 15, 2024, And July 8, 2024, At 3700 Rivertown Pkwy S.W., And At The 59th District Courthouse, The Following Defendant(s) Acted Under Color of State Law Violating My First, Fourth, Fifth, Sixth, And Fourteenth Amendment Rights, And Article 1 Sections 2, 5, 9, 11, 16, 17, And 20 of The Michigan Constitution of 1963:

Claims 2) In That "Jeffrey Oostdyk" Interrogated Me To Procure Statements That Are Material To Essential Elements Of M.C.L. 750.253, Knowing He And "Noah Farrant" Owed Me The Duty To Mirandize Me, But Didn't, And That They Placed Me Under Arrest Without Any Reasonable Suspicion, Or Probable Cause, or Without Any Information From A Eye Witness To The Allegations. "Jeffrey" Then Used The Statements. In His Police Report That Was First Reviewed By "Darin Rietman" Who Had Reason To Know That The Statements Was Being Illegally Used Before He Approved The Report For Submission To "Daniel J. O'Hara" Who Made The Administrative Decision To File Felony Charges Despite Reviewing The Report Which Shows The Statements Were Illegally Obtained, Which Caused Me To Be Bind Over, And Subject To Imminent Danger Of Serious Physical Attacks On My Person.

Claims 3) In That "Jeffrey Oostdyk" Charge Me With Resisting And/Or Obstructing Because I Exercised My Right To Remain Silent And I Requested A Lawyer Multiple Times. "Daniel J. O'Hara" Also Filed This Charged Which Was Determined To Have "No Probable Cause" By District Court Judge "Nicholas Christensen", And That "Jeffrey" Lied Under Oath Stating He Identified His Self As A Police Officer And of What He Was Investigating."

Claims 4) In That All Defendant(s) Caused Me Lengthy Detention, Pain & Suffering, And Severe Emotional Distress, And Lost of Wages. I Lost $407.84 In Mechandise And $192.19 In Cash That Was Took By "Jeffrey Oostdyk", And I Lost 681.74 Dollars Due To Jail Expenses, And Unknown Phone Call Debts I Owe To Family/Relatives.

10 Claims At The Minimum (Retaliation, Expectation of Privacy (Illegal seizure), PerJury, Negligence, False Arrest, False Imprisonment, Abuse of Process, Procedural Due Process, Malicious Arrest, Malicious Prosecut

- 4 -     (W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

1) I Am Demanding Compensatory, Consequential, And Nominal Damages In The Amount of 1,000,000 Dollars Severally And Jointly From Each Defendant.

2) I A Demanding 50,000 Dollars In Punitive Damages Severally And Jointly From Each Defendant, And Reimbursment of Fees, Costs, And Disbustments, And Trial By Jury.

3) A Declaration That I Have The Right Not To Be Vindictively Prosecuted, And That Plaintiff's Right To A Speedy Trial Has Been Violated.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[✓] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

7-11-25
Date

*Tyrelle Henderson Jr*
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.



